1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHRELL L. HAYES,<br><br>          Petitioner,<br><br>     v.<br><br>WARREN L. MONTGOMERY,<br><br>          Respondent. | Case No. CV 15-8800 JVS (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a de novo review of those portions of the Report to which Petitioner objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: September 23, 2016

_____

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE